FILED

09/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO.  DA 21-0360

ELGIN FABER and COLLEEN FABER,

                               Appellants/Cross-Appellees,

-vs-

KEITH RATY, COLLEEN RATY, et al,

                               Appellees/Cross-Appellants.

_____

.

## ORDER GRANTING EXTENSION OF TIME
## FOR COURT REPORTER TO FILE TRANSCRIPTS ON APPEAL

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Court Reporter, Cindy Prindiville, is

granted an additional 50 days from September 10, 2021, to file her transcripts on

appeal.

        DATED _____.

                                 _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 24 2021